## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DREW MACIEREZ AS SPECIAL** | * | **MISC. CASE NO.** <u>17-mc-74</u> |
| **ADMINISTRATOR OF THE ESTATE OF** | * | |
| **GEORGE MACIEREZ,** | * | |
| **PLAINTIFF** | * | |
| | * | |
| **VERSUS** | * | **JUDGE DOHERTY** |
| | * | |
| **TAKED PHARMACEUTICALS** | * | |
| **AMERICA, INC.; TAKEDA** | * | |
| **PHARMACEUTICALS U.S.A., f/k/a** | * | |
| **TAKEDA PHARMACEUTICALS** | * | **MAGISTRATE JUDGE HANNA** |
| **NORTH AMERCIA, INC., and TAKEDA** | * | |
| **PHARMACEUTICAL COMPANY** | * | |
| **LIMITED;** | * | |
| **DEFENDANTS** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS OF DECEDENT, GEORGE MACIEREZ

This Court, having reviewed Plaintiffs' Unopposed Motion to Approve Settlement as to Claims of Drew Macierez (surviving son) as Special Administrator and Derivative; Chris Macierez, Blake Macierez and Forrest Macierez as Derivative Claimants and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Plaintiffs, Drew Macierez (surviving son) as Special Administrator and Derivative; Chris Macierez, Blake Macierez and Forrest Macierez as Derivative

Claimants individually and as legal heirs to the Estate of George Macierez deceased, and Takeda, as notice to the Court on ___March 30, 2017___ be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Plaintiffs participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this ___31st___ of ___March___, 2017.

HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

- 2 -