RECEIVED
APR 17 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DREW MACIEREZ, ET AL. | MISC. CASE NO. 17-mc-00074 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Drew Macierez (surviving son), as Special Administrator and Derivative Claimant; and Chris Macierez, Blake Macierez and Forrest Macierez, as Derivative Claimants of the Estate of George Macierez, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 17th day of April, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE